IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER REID, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) |
| | ) Case No. 3:25-cv-237 |
| LEONARD ODDO, *Warden, Moshannon* | ) Judge Stephanie L. Haines |
| *Valley ICE Processing Center, et al.*, | ) |
| | ) |
| Respondents. | ) |

## ORDER OF THE COURT

AND NOW, this 7th day of November 2025, upon due consideration of Petitioner Christopher Reid's ("Petitioner") Petition for Writ of Habeas Corpus ("Habeas Petition"), ECF No. 1, and the record as a whole, and for the reasons more fully stated in this Court's foregoing Opinion, Petitioner's Habeas Petition is GRANTED in so much as it requests that this Court Order that he be afforded a constitutionally adequate bond hearing before an Immigration Judge.

IT IS HEREBY ORDERED that Respondents shall provide Petitioner a constitutionally adequate bond hearing before an Immigration Judge within ten (10) days of the entry of this Order.

IT IS FURTHER ORDERED that Petitioner's Habeas Petition, ECF No. 1, is DENIED in all other respects.

IT IS FURTHER ORDERED that Petitioner's Motion for a Temporary Restraining Order and Preliminary Injunction, ECF No. 6, is DENIED as moot.

The Clerk shall mark this case as closed.

BY THE COURT:

STEPHANIE L. HAINES
U.S. DISTRICT COURT JUDGE